MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG  (NYBN 4033999)
Special Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7050
    Fax: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0306 SI |
| ) | CR 08-0913 SI |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| DENIS NAHUN TORRES, ) | **ORDER EXCLUDING TIME UNDER 18** |
| a/k/a Denis Nahun Torres Medina, ) | **U.S.C. § 3161** |
| a/k/a Denis Torres, ) | |
| a/k/a Denis Medina, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On August 24, 2012, the parties in this case appeared before the Court.  At that time, the
parties informed the Court of the need for motion practice to resolve an issue of law and that
defendant's counsel intends to file a motion to dismiss the indictment on September 21, 2012.
The parties have agreed to exclude the period of time between August 24, 2012 and September
21, 2012 from any time limits applicable under 18 U.S.C. § 3161.  The parties represented that
granting the exclusion would allow the reasonable time necessary for effective preparation of
counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice
served by granting such an exclusion of time outweigh the best interests of the public and the

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0306 SI & CR 08-0913 SI

1  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings

2  consistent with this agreement.  SO STIPULATED:

3
                                              MELINDA HAAG
4                                             United States Attorney

5

6  DATED: August 24, 2012              _____/s/_____
                                              J. MARK KANG
7                                             Special Assistant United States Attorney

8

9  DATED: August 24, 2012              _____/s/_____
                                              JODI LINKER
10                                            Attorney for DENIS NAHUN TORRES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[~~PROPOSED~~] ORDER

2

3      For the reasons stated above and at the August 24, 2012 hearing, the Court finds that the

4  exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 24,

5  2012 through September 21, 2012 is warranted and that the ends of justice served by the

6  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

7  U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the

8  reasonable time necessary for effective preparation, taking into account the exercise of due

9  diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

10

11      IT IS SO ORDERED.

12

13  DATED:  August 28, 2012                        _____
                                                    THE HONORABLE SUSAN ILLSTON
14                                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0306 SI & CR 08-0913 SI                    -3-