IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 12-00306 SI |
| Plaintiff, | **JUDGMENT; TEMPORARY STAY** |
| v. | |
| DENIS NAHUN-TORRES, | |
| Defendant. | |

On January 10, 2013, the Court issued an Order dismissing the criminal indictment against defendant. In accordance with the January 10, 2013 Order, the Court hereby orders JUDGMENT in favor of defendant.

On January 11, 2013, plaintiff made an oral motion for a stay of the January 10, 2013 Order pending appeal to the U.S. Court of Appeals for the Ninth Circuit. That motion is DENIED; however, this Judgment is STAYED until **January 25, 2013**, to give plaintiff the opportunity to seek a stay on appeal directly from the U.S. Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 14, 2013

SUSAN ILLSTON
United States District Judge